# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-23-1013-R ) |
| DOLESE BROS. CO., an Oklahoma Corporation; and JENNIFER WITTE, as Personal Representative of the Estate of Neil Perry Witte, deceased, a citizen of Oklahoma, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Order entered this 3rd day of October, 2024, this action is dismissed.

ENTERED this 3rd day of October, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE