UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 26, 2025

Mr. Michael Burrage
Ms. Randa K. Reeves
Ms. Hannah Whitten
Mr. Reggie N. Whitten
Whitten Burrage
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102

Mr. Roger N. Butler Jr.
Crowe & Dunlevy
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120

Mr. Harvey D. Ellis Jr.
Ms. Timila S. Rother
Crowe & Dunlevy
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102

Ms. Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:    25-6007, Great American Insurance Company v. Dolese Bros. Co.**
        Dist/Ag docket: 5:23-CV-01013-R

Dear Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/djd